THIS OPINION HAS NO PRECEDENTIAL VALUE. IT 
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2),
SCACR.
THE 
 STATE OF SOUTH CAROLINA
In 
 The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
 David Ceasar,       
 Appellant.
 
 
 

Appeal From Sumter County
Thomas W. Cooper, Jr., 
 Circuit Court Judge

Unpublished Opinion No. 2004-UP-138
Submitted December 23, 2003  Filed February 27, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  
 David Ceasar was convicted of possession of a weapon during the commission 
 of a violent crime and armed robbery.  He was sentenced to five years imprisonment 
 for possession of a weapon and life imprisonment without parole for armed robbery.  
 Pursuant to Anders v. California, 386 U.S. 738 (1967), Ceasars counsel 
 attached a petition to be relieved.  Ceasar filed a pro se response.
After review of the record pursuant to Anders v. California, 386 U.S. 738 
 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we 
 dismiss Ceasars appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, 
 and KITTRIDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.